## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **CAROLYN MORIN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CAUSE NO. EP-23-CV-412-KC** |
| **SANOFI-AVENTIS U.S. LLC and** | § | |
| **SANOFI U.S. SERVICES, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal, ECF No. 23.

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the

parties' Stipulation of Dismissal, the Court **ORDERS** that all claims in this case are

**DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 25th day of November, 2024.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE